TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00739-CV

In re Texas Veterinary Medical Diagnostic Laboratory

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

PER CURIAM 

 Relator Texas Veterinary Medical Diagnostic Laboratory moves this Court for
emergency relief and files its petition for writ of mandamus. See Tex. R. App. P. 29.3, 52.8. 
We deny both the motion for emergency relief and the petition for writ of mandamus.

 

Before Justices Jones, Kidd, and Yeakel

Filed: November 29, 2000

Do Not Publish